IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-07-170 |
| | § § § | |
| CALVIN HERBERT JASPER, JR. | § | |

## ORDER

Defendant filed an unopposed motion for continuance, (Docket Entry No 12.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **July 27, 2007** |
| Responses are to be filed by: | **August 13, 2007** |
| Pretrial conference is reset to: | **August 20, 2007, at 8:45 a.m.** |
| Jury selection and trial are reset to: | **August 27, 2007, at 9:00 a.m.** |

SIGNED on June 15, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge