IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-07-170 |
| CALVIN HERBERT JASPER, JR. | § | |

**ORDER**

Defendant filed an unopposed motion for continuance, (Docket Entry No 14.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **August 31, 2007** |
| Responses are to be filed by: | **September 12, 2007** |
| Pretrial conference is reset to: | **September 17, 2007, at 8:45 a.m.** |
| Jury selection and trial are reset to: | **September 24, 2007, at 9:00 a.m.** |

SIGNED on August 15, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge